**16-2713**

# In the United States Court of Appeals
# For the Federal Circuit

THE CHAMBERLAIN GROUP, INC.,
*Plaintiff - Appellee*

v.

TECHTRONIC INDUSTRIES CO. LTD.,
ET TECHNOLOGY (WUXI) CO. LTD.,
*Defendants,*

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,
ONE WORLD TECHNOLOGIES, INC., OWT INDUSTRIES, INC.,
RYOBI TECHNOLOGIES, INC.,
*Defendants - Appellants*.

On Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
Case No. 1:16-CV-06097

## APPELLANTS' NOTICE REGARDING DISPOSITION OF RULE 59(e) MOTION

William R. Peterson
Nicholaus E. Floyd
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste. 4000
Houston, TX 77005
(713) 890-5188
(713) 890-5001 (Fax)

Julie S. Goldemberg
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5095
(215) 963-5001 (Fax)

Jason C. White
Michael J. Abernathy
Sanjay K. Murthy
Nicholas A. Restauri
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
(312) 324-1000
(312) 324-1001 (Fax)

***Counsel for Appellants*.**

Pursuant to Federal Circuit Rule 4 governing re-activation of Appeals for which postjudgment motions have been resolved, Defendants-Appellants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc. ("Appellants") hereby notify the Clerk that, on October 26, 2016, the district court orally denied Plaintiff-Appellee The Chamberlain Group, Inc.'s ("Appellee") Federal Rule of Civil Procedure Rule 59(e) Motion to amend the preliminary injunction order.

Appellants do not know if this Court inactivated their appeal pending disposition of Appellee's motion. However, pursuant to Fed. R. App. Pro. 4(a)(4)(B)(i), if a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered. Since the district court denied Appellee's Fed. R. Civ. Pro. 59(e) motion, to the extent this Court inactivated this appeal, Appellants' notice of appeal is now effective.

Dated: October 28, 2016

Respectfully submitted,

By: /s/ Jason C. White

William R. Peterson
Nicholaus E. Floyd
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste. 4000
Houston, TX 77005

Julie S. Goldemberg
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Jason C. White
Michael J. Abernathy
Sanjay K. Murthy
Nicholas A. Restauri
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601

*Attorneys for Appellants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc.*

**PROOF OF SERVICE**

I certify that on October 28, 2016, I electronically filed the foregoing Appellants' Notice Regarding Disposition of Rule 59(e) Motion. I certify that a copy of the foregoing document is being electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

/s/ *Jason C. White*
Jason C. White